Debtor 1    Geddes            Sean Schubert        Gibbs
            First Name        Middle Name          Last Name

Debtor 2
(Spouse, if filing) First Name     Middle Name     Last Name

United States Bankruptcy Court for the:    Middle District of    Pennsylvania
                                                                 (State)

Case number
(if known) _____

Chapter you are filing under:
☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☑ Chapter 13



☐ Check if this is
amended filing.

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    12/17

The bankruptcy forms use you and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together–called a *joint case*–and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as Debtor 2. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 11-    Identify Yourself

|  | About Debtor 1 | About Debtor 2 (Spouse Only in a Joint Case) |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | Geddes<br>First name<br>Sean Schubert<br>Middle name<br>Gibbs<br>Last name<br>_____<br>*Suffix* (Sr., Jr., 11, 111) | First name<br>Middle name<br>Last name<br>_____<br>*Suffix* (Sr., Jr., 11, 111) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | First name<br>Middle name<br>Last name<br>First name<br>Middle name<br>Last name | First name<br>Middle name<br>Last name<br>First name<br>Middle name<br>Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (TIN)** | XXX – XX – 7 9 1 3<br>OR<br>9 xx – xx – ____ ____ ____ ____ | XXX – XX – ____ ____ ____ ____<br>OR<br>9 xx – xx – ____ ____ ____ ____ |

|  | About Debtor 1 | About Debtor 2 (Spouse Only    Joint Case) |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br>Include trade names and *doing business as* names | ☐ I have not used any business names or EINs. | ☐ I have not used any business names or EINs. |

About Debtor 1

Business name
LIVE LIFE SERVICES, LLC

Business name
_____

EIN
9 9 - 1 1 4 2 9 0 1

EIN
_ _ - _ _ _ _ _ _ _

About Debtor 2 (Spouse Only    Joint Case)

Business name
_____

Business name
_____

EIN
_ _ - _ _ _ _ _ _ _

EIN
_ _ - _ _ _ _ _ _ _

**5. Where you live**

**59    COACH ROAD**
Number    Street

59 Coach Road
Stroudsburg, PA 18360

**STROUDSBURG    Pa    18360**
City    State    ZIP Code

**MONROE COUNTY**
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

Number    Street
_____

P.O. Box
_____

City    State    ZIP Code

If Debtor 2 **lives at a different address:**

Number    Street
_____

City    State    ZIP Code

County
_____

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.

Number    Street
_____

P.O. Box
_____

City    State    ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

Check one:

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)
_____
_____
_____

Check one:

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)
_____
_____
_____

| Part 2- | Tell the Court About Your Bankruptcy Case |
|---------|-------------------------------------------|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for individuals Filing for Bankruptcy (Form 201 0)). Also, go to the top of page 1 and check the appropriate box.*

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

☑ Chapter 13

**8. How you will pay the fee**

☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☑ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).*

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B)* and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No

☒ Yes. District **MIDDLE DISTRICT**  When 2/27/2023   Case number **5-23-00406**
                                          MM / DD / YYYY

District _____ When _____  Case number _____
                              MM / DD / YYYY

District _____ When _____  Case number _____
                              MM / DID / YYYY

**lo. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an aff iliate?**

☒ No

☐ Yes. Debtor _____  Relationship to you _____
       District _____ When _____ Case number, if known _____
                                     MM / DD / YYYY

       Debtor _____  Relationship to you _____
       District _____ When _____ Case number, if known _____
                                     MM / DD / YYYY

**11. Do you rent your residence?**

☒ No. Go to line 12.

☐ Yes. Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

  ☐ No. Go to line 12.

  ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Case 5:24-bk-00457-MJC    Doc 1    Filed 02/27/24    Entered 02/27/24 14:42:37    Desc
Main Document    Page 3 of 72

## Part 3-  Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or partime business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☒ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number     Street

_____

_____
City                 State      ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101 (27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101 (51 B))

☐ Stockbroker (as defined in 11 U.S.C. § 101 (53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101 (6))

☐ None of the above

**13. Are you filing under Chapter 1 1 of the Bankruptcy Code and are you a small** *business* **debtor?**

*For a definition of small business debtor, see 1 1 U.S.C. § 101 (51 D).*

*if you are filing under Chapter I 1, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 11 16(I)(B).*

☒ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4-  Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No

☐ Yes. What is the hazard? _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property? _____
                   Number      Street

_____

_____
City              State     ZIP Code

| Part 5- | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1**

You must check one:

☒ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.

Within 14 days after you file this bankruptcy petition you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court

**About Debtor 2 (Spouse Only in a Joint Case)**

You ___ check one.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Case 5:24-bk-00457-MJC    Doc 1    Filed 02/27/24    Entered 02/27/24 14:42:37    Desc
Main Document       Page 5 of 72

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumerdebts* are defined in 1 1 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☒ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☒ No. Go to line 16c.
☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts.

_____

_____

**17. Are you filing under Chapter 7?**

☒ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10.001-25.000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 1 00.000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,00-$100,000
☒ $100,0-$500,000
☐ $500000- $1 million

☐ $1,000,001410 million
☐ $10,000,001450 million
☐ $50,000,001-$100 million
☐ $100 000 001 $500 million

☐ $500,000,001-$I billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20 How much do you estimate your liabilities to be?**

☒ $0$50000
☐ $50,0014100,000
☐ $100,0014500,000
☐ $500,00141 million

☐ $1 000 001 $ 1 0 million
☐ $10,000,001450 million
☐ $50,000,0014100 million
☐ $100,000,001-$500 million

☐ $500 000 001 $ 1 billioii
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**Foryou**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, 1 am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 1 1, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 1 1 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 1 1, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X *Geddes Sean Schubert Gibbs*          X _____
Signature of Debtor 1                              Signature of Debtor 2

Executed on   **2/26/2024**          Executed on   **2/26/24**
MM I DD /Y'Y                              MM / DD /YY

Debtor 1    **Geddes**     **Sean Schubert**     **Gibbs**            Case number (if known) _____
         First Name       Middle Name       Last Name

| | |
|---|---|
| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

✗ _____     Date     __**2/26/2024**__
Signature of Attorney for Debtor                        MM /  DID / YYYY

_____
Printed name

_____
Firm name

_____
Number Street

_____
City                             State     ZIP Code

Contact phone _____     Email address _____

_____
Bar number                          State

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☑ No
☐ Yes. Name of Person_____
      Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 1 1 9).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

| X _Geddes Sean Schubert Gibbs_ | X _____ |
|---|---|
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date    2/26/2024 | Date    2/26/2024 |
|       MM/DD /YYYY |       MM / DID / YYYY |
| Contact phone _____ | Contact phone _____ |
| Cell phone (347)403-6330 | Cell phone _____ |
| Email address _geddesgibbs@yahoo.com_ | Email address _____ |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Geddes** | **Sean Schubert** | **Gibbs** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) First Name | | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **Middle** | District of | **Pennsylvania** (State) |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1 - Summarize Your Assets

| | Your assets Value of what you own |
|---|---|
| 1 Schedule A/B: Property (Official Form 106A/B) | |
| Copy line 55, Total real estate, from Schedule A/B | **$453,900.00** |
| 1 b Copy line 62, Total personal property, from Schedule A/B | **$22,000.00** |
| Copy line 63, Total of all property on Schedule A/B | **$475,900.00** |

### Part 2 - Summarize Your Liabilities

| | | Your liabilities Amount you owe |
|---|---|---|
| 2 Schedule D- Creditors Who Have Claims Secured by Property (Official Form 106D) | | |
| Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D | $ | **$43,000.00** |
| 3 Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 106E/F) | | |
| Copy the total claims from Part 1 (**priority unsecured claims**) from line 5e of Schedule E/F | $ | **$27,060.00** |
| 3b Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F | + $ | **$336,918.19** |
| | Your total liabilities | $ **$406,978.19** |

### Part 3 - Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4 Schedule I-Your Income (Official Form 106I) | | |
| Copy your combined monthly income from line 12 of Schedule I | $ | **$4,000.00** |
| 5 Schedule J- Your Expenses (Official Form 106J) | | |
| Copy    monthly    from line 22c of Schedule J | $ | **$1,848.00** |

Case 5:24-bk-00457-MJC    Doc 1    Filed 02/27/24    Entered 02/27/24 14:42:37    Desc
Main Document    Page 9 of 72

| **Part 4-** | **Answer These Questions for Administrative and Statistical Records** |
|---|---|

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13 ?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☒ *yes*

**7. What kind of debt do you have?**

☒ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 1 1 U.S.C. § 101 (8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the Statement of Your Current** *Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line I 1; OR, Form 122B Line 1 1; OR, Form 122C-1 Line 14,

$4,000.00

**9. Copy the following special categories of claims from Part 4, line 6 of** *Schedule EIF:*

**Total claim**

**From Part 4 on** *Schedule EIF,* **copy the following:**

9a. Domestic support obligations (Copy line 6a.)

$ _____

9b. Taxes and certain other debts you owe the government. (Copy line 6b.)

$ 20,100

9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)

$ 0.00

9d. Student loans. (Copy line 6f.)

$ 55,000

9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)

$ 0.00

9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)

+ $ 0.00

9g. **Total.** Add lines 9a through 9f.

$ 75,100.00

Fill in this information to identify your case and this filing:

| Debtor 1 | Geddes | Sean Schubert | Gibbs |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) First Name | | Middle Name | Last Name |

United States Bankruptcy Court for the: __Middle__ District of __Pennsylvania__
(State)

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1 -** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

**1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☒ Yes. Where is the property?

**1.1.** 59 COACH ROAD
Street address, if available, or other description

STROUDSBURG    Pa    18360
City      State      ZIP Code

MONROE
County

**What is the property?** Check all that apply.
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

**Current value of the entire property?**    **Current value of the portion you own?**
$ 453,900.00      $ 453,900.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

FEE SIMPLE; CURRENT VALUE BASED ON ESTIMATE ON ZILLOW AS OF MAY 31, 2023.

☐ Check if this is community property (see instructions)

**1.2.** _____
Street address, if available, or other description

_____

_____

City      State      ZIP Code

County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property..

**Current value of the entire property?**    **Current value of the portion you own?**
$ _____      $ **0.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ Check if this is community property (see instructions)

Debtor 1  **Geddes**  **Sean Schubert**  **Gibbs**  Case number _____
First Name   Middle Name   Last Name

1.3. _____  What is the property? Check all that apply.  Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property

Street address, if available, or other description
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

Current value of the entire property'?  Current value of the portion you own?

$ _____  $ _____

City   State   ZIP Code

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Who has an interest in the property? Check one.
- ☐ Debtor I only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

County

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ➔ $ **$453,900.00**

☐ **ADDITIONAL PAGES ATTACHED** _____

➔ $453,900.00

**Part 2-**  **Describe Your Vehicles**  ➔ $453,900.00

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on Schedule G- Executory Contracts *and Unexpired* Leases.

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles
- ☐ No
- ☐ Yes

3.1. Make: _____  Who has an interest in the property? Check one.  Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property

Model: _____
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Year: _____

Approximate mileage: _____  Current value of the entire property'.)  Current value of the portion you own?

Other information: _____
☐ **Check if this is community property** (see instructions)  $ _____  $ _____

If you own or have more than one, describe here:

3.2. Make: _____  Who has an interest in the property? Check one.  Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property

Model: _____
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Year: _____

Approximate mileage: _____  Current   of the  Current   of the
entire propertyl   portion you own?

Other information _____
☐ **Check if this is community property** (see instructions)  $ _____  $ _____

3.3. Make:      **INFINITI**

Model:      **INFINITI X56**

Year:      **2010**

Approximate mileage:    **194000**

Other information:

Who has an interest in the property? Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property?    Current value of the portion you own?

$ **$5,600.00**      $ **$5,600.00**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property

3.4. Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information.

Who has an interest in the property? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property?    Current value of the portion you own?

$ _____      $ _____

4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories

Examples: Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☐ Yes

4.1. Make: _____

Model: _____

Year: _____

Other information:

Who has an interest in the property? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property

Current value of the entire property?    Current value of the portion you own?

$ _____      $ _____

If you own or have more than one, list here:

4.2. Make: _____

Model: _____

Year: _____

Other information

Who has an interest in the property? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property

Current value of the entire property?    Current value of the portion you own?

$ _____      $ _____

**$5,600.00**

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ....... →

$ **$5,600.00**

## Part 3-  Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?

Do not deduct secured claims or exemption

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☒ Yes. Describe  TABLES (3) , CHAIRS(8), BEDS (4), LINENS, FREEZER (2); COUCHES (2);STOVE; REFRIGERATOR (1)  $ **$6,000.00**

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☒ Yes. Describe  COMPUTER(3); TV (3) LAPTOP (2); PRINTER(1) SCANNER(1) CELL PHONE(3)  $

**8. Collectibles of value**
Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☒ No
☐ Yes. Describe  $

**9. Equipment for sports and hobbies**
*Examples: Sports*, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☐ No
☒ Yes. Describe  carpentry tools  $ **$300.00**

**1 0. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☐ No
☒ Yes. Describe  PISTOLS (2); SHOTGUN  $ **$1,500.00**

**1 1. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
☒ Yes. Describe  WARDROBE  $ **$1,000.00**

**12. Jewelry**
Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☒ No
☐ Yes. Describe  WEDDING RINGS (2); WATCHES (2)  $ **$2,000.00**

**13. Non-farm animals**
Examples: Dogs, cats, birds, horses
☒ No
☐ Yes. Describe  $

**14. Any other personal and household items you did not already list, including any health aids you did not list**
☐ No
☐ Yes. Give specific information  $

Sub-Total  **$10,800.00**

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here  $ **16,400.00**

| Part 4: | Describe Your Financial Assets |
|---|---|

Do you own or have any legal or equitable interest in any of the following'~

**Current value of the portion you own')**

Do not deduct secured claims or exemption

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☒ No
☐ Yes _____ . _____ _____ _____ . _____ _____ _____ Cash: _____ $_____

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☒ No
☐ Yes _ _ _ _ _ _ _

Institution name:

| | |
|---|---|
| 17.1. Checking account: | $_____ |
| 17.2. Checking account: | $_____ |
| 17.3. Savings account: | $_____ |
| 17.4. Savings account: | $_____ |
| 17.5. Certificates of deposit: | $_____ |
| 17.6. Other financial account: | $_____ |
| 17.7. Other financial account: | $_____ |
| 17.8. Other financial account: | $_____ |
| 17.9. Other financial account: | $_____ |
| | $_____ |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☒ No
☐ Yes _ _ _ _ _

Institution or issuer name:

$_____
$_____
$_____
$_____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☒ No
☐ Yes. Give specific information about them. _ _ _ _ _ _ _

Name of entity:           % of ownership:

_____ _____ %   $_____
_____ _____ %   $_____
_____ _____ %   $_____

$_____

Official Form 106A/B      Schedule A/B: Property      page 5
Case 5:24-bk-00457-MJC    Doc 1    Filed 02/27/24    Entered 02/27/24 14:42:37    Desc
Main Document     Page 15 of 72

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes. Give specific
   information about        Issuer name: _____    $_____
   them.                                _____    $_____
                                        _____    $_____
                                        _____    $_____

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401 (k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☒ No
☐ Yes. List each
   account separately.. Type of account:        Institution name:

      401 (k) or similar plan: _____    $_____

      Pension plan: _____    $_____

      IRA: _____    $_____

      Retirement account: _____    $_____

      Keogh: _____    $_____

      Additional account, _____    $_____

      Additional account: _____    $_____

                                                    (sub-total) $_____

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☒ No
☐ Yes                      Institution name or individual:

      Electric: _____    $_____

      Gas: _____    $_____

      Heating oil: _____    $_____

      Security deposit on rental unit: _____    $_____

      Prepaid rent: _____    $_____

      Telephone: _____    $_____

      Water: _____    $_____

      Rented furniture: _____    $_____

      Other: _____    $_____

                                                    (sub-total) $_____

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☒ No
☐ Yes                      Issuer name and description:

                           _____    $_____
                           _____    $_____
                           _____    $_____

                                                    (sub-total) $_____

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☒ No
☐ Yes . . . . . . . . Institution name and description. Separately file the records of any interests. 1 1 U.S.C. § 521 (c)~

| | |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| | $_____ |

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☒ No
☐ Yes. Give specific
information about them... ꞌ _____ $_____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
Examples: Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No
☐ Yes. Give specific
information about them... i _____ $_____

**27. Licenses, franchises, and other general intangibles**
*Examples: Building* permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No
☐ Yes. Give specific
information about them... ꞌ _____ $_____

**Money or property owed to you?**

**Current value of the portion you own?**
Do o
(la nls or exemptions

**28. Tax refunds owed to you**

☒ No
☐ Yes. Give specific information
about them, including whether
you already filed the returns
and the tax years. . . . .

| | |
|---|---|
| Federal: | $_____ |
| State: | $_____ |
| Local: | $_____ |

**29. Family support**
Examples: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No
☐ Yes. Give specific information.

| | |
|---|---|
| Alimony: | $_____ |
| Maintenance: | $_____ |
| Support: | $_____ |
| Divorce settlement: | $_____ |
| Property settlement: | $_____ |

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
Social Security benefits; unpaid loans you made to someone else

☐ No
☐ Yes. Give specific information.

| | |
|---|---|
| | _____ |
| | _____ |
| | $_____ |

**31. Interests in insurance policies**
  Examples: Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

  ■ No
  ☐ Yes. Name the insurance company
     of each policy and list its value...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| | | $_____ |
| | | $_____ |
| | | $_____ |

**32. Any interest in property that is due you from someone who has died**
  If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

  ■ No
  ☐ Yes. Give specific information.                                                              $_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
  Examples: Accidents, employment disputes, insurance claims, or rights to sue

  ☐ No
  ☒ Yes. Describe each claim  Freedom Mortgage
                                                                         $ **$500,000.00**

**34. Other contingent and unliquidated claims of                    including counterclaims of the debtor and rights to set off claims**

  ☒ No
  ☐ Yes. Describe each claim                                                                     $_____

**35. Any financial assets you did not already list**

  ☒ No
  ☐ Yes. Give specific information.                                                              $_____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**                                                         Sub-Total _____
                                                          →    $_____

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**
  ☒ No. Go to Part 6.
  ☐ Yes. Go to line 38.

                                                                              Current value of the
                                                                              portion you own')

**38. Accounts receivable or commissions you already earned**
  ☒ No
  ☐ Yes. Describe.                                                                   _____

**39. Office equipment, furnishings, and supplies**
  Examples: Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
  ☒ No
  ☐ Yes. Describe ...                                                                *_____

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☒ No

☐ Yes. Describe ... ............................................................ $_____

**41. Inventory**

■ No

☐ Yes. Describe ... ............................................................ '$_____

**42. Interests in partnerships or joint ventures**

■ No

☐ Yes. Describe .

Name of entity:                                    % of ownership:

_____   _____%   $_____
_____   _____%   $_____
_____   _____%   $_____

**43. Customer lists, mailing lists, or other compilations**

■ No

☐ Yes. Do your lists include personally identifiable information (as defined     1 1 U.S.C. § 101 (41 A))?

☐ No

☐ Yes. Describe ............................................................ $_____

**44. Any business-related property you did not already list**

■ No

☐ Yes. Give specific
information . . . .   _____   $_____
                     _____   $_____
                     _____   $_____
                     _____   $_____
                     _____   $_____
                     _____   $_____

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached   ➔   $      $0.00
for Part 5. Write that number here .

| Part 6- | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46.** Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?

☐ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the portion you own ?**

**Do not deduct secured claims or exemptions.**

**47. Farm animals**
Examples: Livestock, poultry, farm-raised fish

☐ No

☐ Yes . ...................................................................... $_____

48. Crops–either growing or harvested

☒ No
☐ Yes. Give specific
information.          $_____

49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade

☒ No
☐ Yes_____          $_____

50. Farm and fishing supplies, chemicals, and feed

☒ No
☐ Yes_____          $_____

51. Any farm- and commercial fishing-related property you did not already list

☒ No
☐ Yes. Give specific
information.          $_____

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached    **Sub-total** ➔ $_____
    Part Write that

| Part 7- | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. Do you have other property of any kind you did not already list?
    Examples: Season tickets, country club membership

☒ No
☐ Yes. Give specific
information.          $_____
         $_____
         $_____

54. Add the dollar value of all of your entries from Part 7. Write that number here ........ 4    $ **$0.00**

| Part | List the Totals of Each Part of this Form |
|---|---|

55. Part 1 - Total real estate, line 2 ........ ➔ $ **$453,900.00**

56. Part 2- Total vehicles, line 5    $ **$5,600.00**

57. Part 3- Total personal and household items, line 15    $ **$16,400.00**

58. Part 4- Total financial assets, line 36    $ **$0.00**

59. Part 5- Total business-related property, line 45    $ **$0.00**

60. Part 6- Total farm- and fishing-related property, line 52    $ **$0.00**

61. Part 7- Total other property not listed, line 54    • $ **$0.00**

62. Total personal property. Add lines 56 through 61 ........ $ **$22,000.00**    Copy personal property total ➔ • $ **$22,000.00**

63. Total of all property on Schedule A/B. Add line 55 + line 62 ........ $ **$475,900.00**

Official Form 106A/B     Schedule A/B: Property     page 10
Case 3:24-bk-00457-MJC    Doc 1    Filed 02/27/24    Entered 02/27/24 14:42:37    Desc
Main Document     Page 20 of 72

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Geddes** | **Sean Schubert** | **Gibbs** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) First Name | | Middle Name | Last Name |

United States Bankruptcy Court for the: **Middle** District of **Pennsylvania**
(State)

Case number
(if known) _____

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt
04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2- Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions such as those for health aids, rights to receive certain benefits, and tax-exempt retirementfunds maybe unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 11- Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is* filing with you.
   ☒ You are claiming state and federal nonbankruptcy exemptions. 1 1 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 1 1 U.S.C. § 522(b)(2)

2. For any property you list on Schedule A/B that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own. Copy the value from *Schedule A/B* | Amount of the exemption you claim. Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **59 COACH ROAD** <br> Line from Schedule A/B: _____ | $ **$453,900.00** | ☐ $ **$453,900.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____ <br> Line from Schedule A/B: _____ | $ _____ | ☐ $ _____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | WILDCARD EXEMPTION |
| Brief description: TABLES (3), CHAIRS(6), BEDS (4), LINENS, FREEZER (2); COUCHES (2),STOVE; REFRIGERATOR (1) <br> Line from Schedule A/B: _____ | $ **$6,000.00** | ☐ $ **$6,000.00** <br> ☐ 100% of fair market value, u p to any applicable statutory limit | (§ 42-8124) PERSONAL PROPERTY |

3. Are you claiming a homestead exemption of more than $170,350??
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)
   ☐ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

**Part 2-**   **Additional Page**

| Brief description of the property and on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value form *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: COMPUTER(3); TV (3) LAPTOP (2); PRINTER(1) SCANNER(1) CELL PHONE(3)<br>Line from *Schedule A/B*: ___ | $ _____ | ☐ $ _____<br>☐ 1 00% of fair market value, up to any applicable statutory limit | (§ 42-8124) PERSONAL PROPERTY |
| Brief description: _____<br>Line from *Schedule A/B*: ___ | $ _____ | ☐ $ _____<br>☐ 1 00% of fair market value, up to any applicable statutory limit | |
| Brief description: carpentry tools<br>Line from *Schedule A/B*: ___ | $300.00 | ☐ $ 300.00<br>☐ 1 00% of fair market value, up to any applicable statutory limit | (§ 42-8124) PERSONAL PROPERTY |
| Brief description: PISTOLS (2); SHOTGUN<br>Line from *Schedule A/B*: ___ | $1500 | ☐ $ 1500<br>☐ 1 00% of fair market value, up to any applicable statutory limit | (§ 42-8124) PERSONAL PROPERTY |
| Brief description: WARDROBE<br>Line from *Schedule A/B*: ___ | $1000 | ☐ $ 1000<br>☐ 1 00% of fair market value, up to any applicable statutory limit | (§ 42-8124) PERSONAL PROPERTY |
| Brief description: WEDDING RINGS (2); WATCHES (2)<br>Line from *Schedule A/B*: ___ | $2000 | ☐ $ 2000<br>☐ 1 00% of fair market value, up to any applicable statutory limit | (§ 42-8124) PERSONAL PROPERTY |
| Brief description: _____<br>Line from *Schedule A/B*: ___ | $ _____ | ☐ $ _____<br>☐ 1 00% of fair market value, up to any applicable statutory limit | |
| *Brief* description: _____<br>Line from *Schedule A/B*: ___ | $ _____ | ☐ $ _____<br>☐ 1 00% of fair market value, up to any applicable statutory limit | |
| *Brief* description: _____<br>Line from *Schedule A/B*: ___ | $ _____ | ☐ $ _____<br>☐ 1 00% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line *Schedule A/B*: ___ | $ _____ | ☐ $ _____<br>☐ 1 00% of fair market value, up to any applicable statutory limit | |
| *Brief* description: _____<br>Line from *Schedule A/B*: ___ | $ _____ | ☐ $ _____<br>☐ 1 00% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>*Line* from *Schedule A/R* ___ | $ _____ | ☐ $ _____<br>☐ 1 00% of fair market value, up to any applicable statutory limit | |

Case 5:24-bk-00457-MJC    Doc 1    Filed 02/27/24    Entered 02/27/24 14:42:37    Desc
<br>Main Document     Page 22 of 72

Fill in this information to identify your case:

Debtor 1 **Geddes** **Sean Schubert** **Gibbs**
First Name · Middle Name · Last Name

Debtor 2
(Spouse, if filing) First Name · Middle Name · Last Name

United States Bankruptcy Court for the: **Middle** District of **Pennsylvania**
(State)

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

## Part 1 - List All Secured Claims

2 List all secured claims If;zi creditor has more than o ie secured clain] list the creditor separ,itelY loi eac h darn If moie than one creditor has a pni-Lic tilon daim ii-L the other creditors in Part 2 Do oueoil lie As niuch as possible list [lie clmms in alphabetical older ,ir-cording to the creditors llame

| | Column A Amount of claim al e 0t LOllateral | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|
| **2.1** **Ally Financial** Creditor's Name | **$25,000.00** | **$17,000.00** | **$7,000.00** |

Describe the property that secures the claim.

Number     Street
P.O Box 380901

Bloomington,   MN   55438
City                    State ZIP Code

Ally Financial
P.O Box 380901
Bloomington, MN 55438

2014 RAM 2500

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated          THIS IS A CHARGE OFF ; UNCOLLECTABLE ACCOUNT; THIS FULL AMOUNT OF
☐ Disputed               THE CLAIM IS DISPUTED.

Nature of lien. Check all that apply.

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a
   community debt

Date debt WAS incurred

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits Of account number __ __ __ __

| **2.2** **Toyota Financial Services** Creditor's Name | **$18,000.00** | **$** | **$** |
|---|---|---|---|

Describe the property that secures the claim.

Number     Street

P.O. Box 9786

Cedar Rapids, IA     52409
City                    State ZIP Code

2017 TOYOTA SIENNA

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☒ Debtor 1 only    Toyota Financial Services
                    P.O. Box 9786
                    Cedar Rapids, IA 52409
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a
   community debt

Date debt was incurred

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number __ __ __ __

Add the dollar value of your entries in Column A on this page Write that number here

Case 5:24-bk-00457-MJC    Doc 1    Filed 02/27/24    Entered 02/27/24 14:42:37    Desc
Main Document    Page 23 of 72

**Part 1 -**    **Additional Page**

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Colum A<br>Amount of claim<br>Do not deduct the<br>value of collateral | Colum B<br>Value of collateral<br>that supports this portion<br>claim | Colum C<br>Unsecured<br>portion<br>It .iny |
|---|---|---|---|

---

_____
Creditor's Name

Describe the property that secures the claim:    $_____   $_____   $_____

_____
Number    Street

_____
City    State ZIP Code

**As of the date you file, the claim is: Check all that appl**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien. Check all that apply.**
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

_____
Creditor's Name

Describe the property that secures the claim.    $_____   $_____   $_____

_____
Number    Street

_____
City    State ZIP Code

**As of the date you file, the claim is: Check all that apply.**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien. Check all that apply.**
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

---

_____
Creditor's Name

Describe the property that   the    $_____   $_____   $_____

_____
Number    Street

_____
City    State ZIP Code

**As of the date you file, the claim is: Check all that appl**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien. Check all that apply.**
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt _____

**Last 4 digits**

---

**Add the dollar**   of    **Column A**   this page Write that    $    43,000.00

If this the last page of   add the dollar   totals   all pages    $    43,000.00

Write that

| Part 3- | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2 then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name _____

Number    Street

_____

( _____ p

Name _____

Number    Street

_____

( _____ S    ZP 00

Name _____

Number    Street

_____

r _____ S.a    -1.

Name _____

Number    Street

_____

Name _____

Number    Street

_____

r _____ S    1.

Name _____

Number    Street

_____

( _____ S    ,1- D.

Name _____

Number    Street

_____

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one)*:  ☐ Part I - Creditors with Priority Unsecured Claims
                              ☐ Part 2- Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one)*:  ☐ Part 1 - Creditors with Priority Unsecured Claims
                              ☐ Part 2- Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number ___ ___ ___ ___

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one)*:  ☐ Part 1 - Creditors with Priority Unsecured Claims
                              ☐ Part 2- Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number ___ ___ ___ ___

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one)*:  ☐ Part 1 - Creditors with Priority Unsecured Claims
                              ☐ Part 2- Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of**                ___ ___ ___ ___

On which entry Part 1    Part 2 did you list the original creditor?

Line _____ of *(Check one)*:  ☐ Part I - Creditors with Priority Unsecured Claims
                              ☐ Part 2- Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number** ___ ___ ___ ___

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one)*:  ☐ Part 1 - Creditors with Priority Unsecured Claims
                              ☐ Part 2- Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number** ___ ___ ___ ___

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one)*:  ☐ Part 1 - Creditors with Priority Unsecured Claims
                              ☐ Part 2- Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of**                ___ ___ ___ ___

Case 5:24-bk-00457-MJC    Doc 1    Filed 02/27/24    Entered 02/27/24 14:42:37    Desc
Main Document    Page 25 of 72

Fill in this information to identify your case:

Debtor 1    **Geddes**      **Sean Schubert**      **Gibbs**
First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing) First Name      Middle Name      Last Name

United States Bankruptcy Court for the:    **Middle**    District of   **Pennsylvania**
(State)

Case number
(if known)

☐ Check if this is an amended filing

# Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule* A/B: Property (Official Form 106A/B) and on *Schedule G- Executory Contracts and Unexpired Leases (Official Form 106G).* Do not include any creditors with partially secured claims that are listed in *Schedule D- Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1-   List All of Your PRIORITY Unsecured Claims

Do any creditors have priority unsecured claims against you?

☐ No. Go to Part 2.
☐ Yes.

2 List all of priority 11 creditor has than priority list the creditor separately for For each cla listed identify what type of it 1f both priority and nonpriority list th-at d both ity and ronp ioiiLy As possible list alphabetical according Lo the creditor If thar prioiiLy unsecured clanms fill the Co ) Page Par] 1 If lian one creoilor holos a partlr,ula rJaim list he o her r- ediiors in Pail 3 (Foi air eplanaoion of lypu see llie instructions this foin in file i-)slruc.1 oi booklet )

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| | DEPT. OF TREASURY INTERNAL REVENUE SERVICE P.O. BOX 8208 PHILADELPHIA, PA 19101-8208 | | | |

**21** DEPT. OF TREASURY
Creditor's Name
INTERNAL REVENUE SERVICE
Street
P.O. BOX 8208
PHILADELPHIA, PA 19101-8208
State   ZIP Code

Last 4 digits of account number ___ ___ ___ ___    $13,896.00   $ $13,896.00 $

When was the debt incurred? _____

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify_____

the claim subject to offset?
☐ No    Pennsylvania Dept. of Revenue
Bureau of Individual Taxes
P.O. Box 280603
Harrisburg, PA 17128-0603
☐ Y.

**22** Pennsylvania Dept. of Revenue Bureau of Individual Taxes
Creditor's Name
P.O. Box 280603
Street

Harrisburg, PA 17128-0603
State   ZIP Code

Last 4 digits of account number ___ ___ ___ ___    $7,641.00   $ $

When was the debt incurred? _____

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐
☐

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify_____

**Part 1:** **Your PRIORITY Unsecured Claims - Continuation Page**

After listing any entries on this page number them beginning with 2 3 followed by 2 4 and so forth

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

---

NEW YORK STATE DEPT. OF TAXATION & FINANCE NYS ASSESSMENT RECEIVABLES

**Name**

NEW YORK STATE DEPT. OF TAXATION & FINANCE
NYS ASSESSMENT RECEIVABLES
P.O. BOX 4127
BINGHAMTON NY 13902-4127

P.O. BOX 4127

**Street**

BINGHAMTON, NY 13902-4127

State    ZIP Code

Who incurred the debt? Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☐ No
☐ Y~

Last 4 digits of account number ___ ___ ___ ___     $5,523.00   $$5,523.00   $

When was the debt incurred?   2020-2021

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

**Name**

**Street**

State    ZIP Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☐ No
☐ yes'

Last 4 digits of account number ___ ___ ___ ___     $     $

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

**Creditor's Name**

**Street**

State    ZIP Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

the claim subject to offset?

☐ No
☐ yes'

Last 4 digits of account number ___ ___ ___ ___     $     $

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other Specify _____

$   27,060.00
(total priority unsecured))

| **Part 2-** | **List All of Your NONPRIORITY Unsecured Claims** |

Do any creditors have nonpriority unsecured claims against you?

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes

4 List all of your nonpriority         claims in the alphabetical order of the creditor who holds each claim 11 a ɾ F-di or has more than one
rorprio ily unsecured         [he cred [or separately for each claim For each cla m lisled iclenil~ what type of clain il is Do not list clain s already
included Pa-t I If      tl~an      creditor holds a particular claim list the other claims in Part 3 If you I have more than three nonpriority .unsecured
claims fill Il~e ConLintialion Page     Pail. 2

Affirm Inc
30 Isabella Street, 4th Floor
Pittsburgh, PA 15212

**4.1**

| | **Total claim** |
|---|---|
| Affirm Inc | $900.00 |
| Nonpriority Creditor's Name | |

Last 4 digits of account number ___ ___ ___ ___

30 Isabella Street, 4th Floor

When was the debt incurred?   JAN 2023

Pittsburgh, PA                    15212
_____      _____   _____
Street              State    ZIP Code

As of the dale you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☐ No
☐ Yv.,.

Ally Financial
P.O Box 380901
Bloomington, MN 55438

| Ally Financial | $20,854.20 |
|---|---|
| Creditor's Name | |

Last 4 digits of account number ___ ___ ___ ___

P.O Box 380901
_____
Street

When was the debt incurred?   _____

Bloomington,          MN        55438
                      State    ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**   Credit First NA
                                       6275 EASTLAND RD
☐ No                                   BROOKPARK, OH 44142
☐ Yes

| Commonwealth of Pennsylvania | $1,097.00 |
|---|---|
| Creditor's Name | |

Last 4 digits of account number ___ ___ ___ ___

1211 North 5th Street, Suite 103
_____
Street

When was the debt incurred?   _____

Stroudsburg,          PA        18360
                      State    ZIP Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☒ Unliquidated
☐ Disputed

☐ Check if this claim is for a community debt

| **Page Total** | |
|---|---|
| | $22,851.20 |

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

Is the claim subject to offset?

☐ No
☐ YES

Case 5:24-bk-00457-MJC    Doc 1    Filed 02/27/24    Entered 02/27/24 14:42:37    Desc
Main Document      Page 28 of 72

| Debtor 1 | **Geddes** | **Sean Schubert** | **Gibbs** | Case number | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

After listing any entries on this page number them beginning with 4 4 followed by 4 5 and so forth

Dept of Ed / Aidvantage
1891 METRO CENTER DR.
RESTON, VA 20190

Total claim

☐

Dept of Ed / Aidvantage
_____
Name
1891 METRO CENTER DR.
_____
Street
RESTON, VA                    20190
_____
State          ZIP Code

Last 4 digits of account number ___ ___ ___ ___     $54,594.00

When was the debt incurred?     2010

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Who incurred the debt? Check one.**

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Type **of NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

Dignifi
1800 NE 8th Street,
Suite 210
Bellevue, WA 98004

☐

_____
Name
_____
Street
_____
State          ZIP Code

Last 4 digits of account number ___ ___ ___ ___     $1,932.00

When was the debt incurred?     _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Type **of NONPRICIRITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

FlexShopper
901 Yamato Rd, Suite 260
Boca Raton, FL 33431

☐

_____
Creditor's Name
_____
Street
_____
State          ZIP Code

Last 4 digits of account number ___ ___ ___ ___     $797.24

When was the debt incurred?     _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Type of NIONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

57,323.24
(Sub Total Non Priority)

Case 5:24-bk-00457-MJC     Doc 1     Filed 02/27/24     Entered 02/27/24 14:42:37     Desc
Main Document     Page 29 of 72

| Part 2- | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

After listing any entries on this page number them beginning with 4 4 followed by 4 5 and so forth

Total claim

Freedom Mortgage Corporation
951 Yamato Road
Boca Raton, FL

Freedom Mortgage Corporatio
<br>Name

951 Yamato Road
<br>Street

Boca Raton, FL     33431
<br>State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___     **$273,426.59**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Who incurred the debt? Check one.**

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

KML LAW GROUP, PC
701 MARKET ST.
PHILADELPHIA, PA 19106-1532

KML LAW GROUP, PC
<br>Name

701 MARKET ST.
<br>Street

PHILADELPHIA, PA     19106-1532
<br>State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___     **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Who incurred the debt? Check one.**

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**Type of NONPRICIRITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

---

Mission Lane Credit Card
Mission Lane LLC
PO Box 105286
Atlanta, GA 30348-5286

_____
<br>Creditor's Name

_____
<br>Street

_____
<br>State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___     _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**Type of NIONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

| **Part 2-** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |

After listing any entries on this page number them beginning with 4 4 followed by 4 5 and so forth

Total claim

NPRTO North-East,
LLC 256 West Data Drive
Draper, Utah 84020

☐ NPRTO North-East,
_____
      Name

256 West Data Drive
_____
      Street

Draper, Utah                84020
_____     State     ZIP Code

Who incurred the debt? Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___        $4,187.30

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that
  you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

Ollo Credit Card
P.O. Box 9222
Old Bethpage, NY 11804

☐ Ollo Credit Card
_____
      Name

P.O. Box 9222
_____
      Street

Old Bethpage, NY              11804
_____     State     ZIP Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___        $1,300.00

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRICIRITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that
  you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

One Main Financial
P.O. Box 1010
Evansville, IN 47706

☐ One Main Financial
_____
   Creditor's Name

P.O. Box 1010
_____
      Street

Evansville,        IN        47706
_____     State     ZIP Code

Who incurred the debt? Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☒ No
☐ Yes

$9,998.00

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

Type of NIONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that
  you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

Case 5:24-bk-00457-MJC    Doc 1    Filed 02/27/24    Entered 02/27/24 14:42:37    Desc
Main Document      Page 31 of 72

Debtor 1    **Geddes**      **Sean Schubert**      **Gibbs**      Case number _____

First Name        Middle Name        Last Name

---

**Part 2-**    **Your NONPRIORITY Unsecured Claims - Continuation Page**

---

After listing any entries on this page number them beginning with 4 4 followed by 4 5 and so forth      Total claim

Sheriff of Monroe County, PA
610 Monroe Street
Stroudsburg, PA 18360

Last 4 digits of account number ___ ___ ___ ___    **$0.00**

_____
Name

When was the debt incurred? _____

_____
Street

As of the date you file, the claim is: Check all that apply.

_____
State    ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Check if this claim is for a community debt
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Is the claim subject to offset?**

☐ No
☐ Yes    SNAP Finance
          Snap Finance LLC,
          Customer Service,
          PO Box 26561,
          Salt Lake City, UT 84126

**SNAP Finance; Snap Finance LLC,**        Last 4 digits of account number ___ ___ ___ ___    **$1,874.06**
Name

**PO Box 26561,**        When was the debt incurred? _____
Street

**Salt Lake City, UT**        **84126**        As of the date you file, the claim is: Check all that apply.
State    ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRICIRITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Check if this claim is for a community debt
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Is the claim subject to offset?**

☐ No
☐ Yes    Synchrony Bank
          P.O. Box 105972
          Atlanta, GA 30348-5972

          **$731.00**

**Synchrony Bank**        Last 4 digits of account number ___ ___ ___ ___
Creditor's Name

**P.O. Box 105972**        **When was the debt incurred?** _____
Street

**Atlanta, GA**        **30348-5972**        As of the date you file, the claim is: Check all that apply.
State    ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt? Check one.**

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NIONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Check if this claim is for a community debt
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2-**    **Your NONPRIORITY Unsecured Claims - Continuation Page**

After listing any entries on this page number them beginning with 4 4 followed by 4 5 and so forth

                                                     Total claim

Toyota Financial Services
P.O. Box 9786
Cedar Rapids, IA 52409

Last 4 digits of account number ___  ___  ___  ___      $15,000.00

            Name

When was the debt incurred? _____

            Street

As of the date you file, the claim is: Check all that apply.

                     State     ZIP Code

❑ Contingent
❑ Unliquidated
❑ Disputed

Who incurred the debt? Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
❑ Other. Specify_____

❑ Check if this claim is for a community debt

Is the claim subject to offset?

❑ No
❑ Yes

---

**c13**

Last 4 digits of account number ___  ___  ___  ___

            Name

When was the debt incurred? _____

            Street

As of the date you file, the claim is: Check all that apply.

                     State     ZIP Code

❑ Contingent
❑ Unliquidated
❑ Disputed

Who incurred the debt? Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

**Type of NONPRICIRITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
❑ Other. Specify_____

❑ Check if this claim is for a community debt

Is the claim subject to offset?

❑ No
❑ Yes

---

Last 4 digits of account number ___  ___  ___  ___

            Creditor's Name

When was the debt incurred? _____

            Street

As of the date you file, the claim is: Check all that apply.

                     State     ZIP Code

❑ Contingent
❑ Unliquidated
❑ Disputed

Who incurred the debt? Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

**Type of NIONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
❑ Other. Specify_____

❑ Check if this claim is for a community debt

Is the claim subject to offset?

❑ No
❑ Yes

**Part 2-**    **Your NONPRIORITY Unsecured Claims - Continuation Page**

After listing any entries on this page number them beginning with 4 4 followed by 4 5 and so forth

|  | Total claim |
|---|---|

NEW YORK STATE DEPT. OF TAXATION &
FINANCE
NYS ASSESSMENT RECEIVABLES
P.O. BOX 4127
BINGHAMTON, NY 13902-4127

Last 4 digits of account number ___ ___ ___ ___     $5,523.00
_____
Name

_____
Street

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

_____
State      ZIP Code

❑ Contingent
❑ Unliquidated
❑ Disputed

Who incurred the debt? Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

Type **of NONPRIORITY** unsecured claim:

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
❑ Other. Specify _____

❑ Check if this claim is for a community debt

Is the claim subject to offset?

❑ No
❑ Yes

---

_____
Name

_____
Street

Last 4 digits of account number ___ ___ ___ ___ _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

_____
State      ZIP Code

❑ Contingent
❑ Unliquidated
❑ Disputed

Who incurred the debt? Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

Type **of NONPRICIRITY** unsecured claim:

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
❑ Other. Specify _____

❑ Check if this claim is for a community debt

Is the claim subject to offset?

❑ No
❑ Yes

---

_____
Creditor's Name

_____
Street

Last 4 digits of account number ___ ___ ___ ___ _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

_____
State      ZIP Code

❑ Contingent
❑ Unliquidated
❑ Disputed

Who incurred the debt? Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

Type **of NIONPRIORITY** unsecured claim:

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
❑ Other. Specify _____

❑ Check if this claim is for a community debt

Is the claim subject to offset?

❑ No
❑ Yes

Case 5:24-bk-00457-MJC    Doc 1    Filed 02/27/24    Entered 02/27/24 14:42:37    Desc
Main Document     Page 34 of 72

| Part 2- | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

After listing any entries on this page number them beginning with 4 4 followed by 4 5 and so forth

                                                                 Total claim

---

### Entry 1

_____
Name

_____
Street

_____
State     ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___     _____

When was the debt incurred?     _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

---

### Entry 2

_____
Name

_____
Street

_____
State     ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___     _____

When was the debt incurred?     _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRICIRITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

---

### Entry 3

_____
Creditor's Name

_____
Street

_____
State     ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___     _____

When was the debt incurred?     _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NIONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

| Part 2- | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---------|-------------------------------------------------------|

After listing any entries on this page number them beginning with 4 4 followed by 4 5 and so forth      Total claim

---

**Name**

**Street**

                    State      ZIP Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___    _____

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type **of NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify_____

---

**Name**

**Street**

                    State      ZIP Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___    _____

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type **of NONPRICIRITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify_____

---

**Creditor's Name**

**Street**

                    State      ZIP Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___    _____

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NIONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify_____

Case 5:24-bk-00457-MJC    Doc 1    Filed 02/27/24    Entered 02/27/24 14:42:37    Desc
Main Document    Page 36 of 72

| Part 2- | Your NONPRIORITY Unsecured Claims - Continuation Page | ✏ |

After listing any entries on this page number them beginning with 4 4 followed by 4 5 and so forth

Total claim

---

**Name**

**Street**

State    ZIP Code

Who incurred the debt? Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ Check if this claim is for a community debt

Is the claim subject to offset?

❑ No
❑ Yes

Last 4 digits of account number ___ ___ ___ ___    _____

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

Type **of NONPRIORITY** unsecured claim:

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
❑ Other. Specify_____

---

**Name**

**Street**

State    ZIP Code

Who incurred the debt? Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

Is the claim subject to offset?

❑ No
❑ Yes

Last 4 digits of account number ___ ___ ___ ___    _____

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

Type **of NONPRICIRITY** unsecured claim:

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
❑ Other. Specify_____

---

**Creditor's Name**

**Street**

State    ZIP Code

Who incurred the debt? Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

Is the claim subject to offset?

❑ No
❑ Yes

Last 4 digits of account number ___ ___ ___ ___    _____

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

Type **of NIONPRIORITY** unsecured claim:

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
❑ Other. Specify_____

---

Case 5:24-bk-00457-MJC    Doc 1    Filed 02/27/24    Entered 02/27/24 14:42:37    Desc
Main Document    Page 37 of 72

| Part 3- | List Others to Be Notified About a Debt That You Already Listed |
|---------|----------------------------------------------------------------|

Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2 then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

_____
Name

_____
Number       Street

_____

_____
(                                    p

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part I - Creditors with Priority Unsecured Claims
                                ☐ Part 2- Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

_____
Name

_____
Number       Street

_____

_____
(                    s        ZP 00

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1 - Creditors with Priority Unsecured Claims
                                ☐ Part 2- Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number ___ ___ ___ ___

_____
Name

_____
Number       Street

_____

_____
(                    S .a      -.1.

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1 - Creditors with Priority Unsecured Claims
                                ☐ Part 2- Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number ___ ___ ___ ___

_____
Name

_____
Number       Street

_____

_____

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1 - Creditors with Priority Unsecured Claims
                                ☐ Part 2- Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of**              ___ ___ ___ ___

_____
Name

_____
Number       Street

_____

_____
(                    S        1.

**On which entry Part 1    Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part I - Creditors with Priority Unsecured Claims
                                ☐ Part 2- Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number       Street

_____

_____
(                    S        ,'I- D.

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1 - Creditors with Priority Unsecured Claims
                                ☐ Part 2- Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of account number** ___ ___ ___ ___

_____
Name

_____
Number       Street

_____

_____

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1 - Creditors with Priority Unsecured Claims
                                ☐ Part 2- Creditors with Nonpriority Unsecured
Claims

**Last 4 digits of**              ___ ___ ___ ___

| Debtor 1 | **Geddes** | **Sean Schubert** | **Gibbs** | Case number _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
Add the amounts for each type of unsecured claim.

Total    **$57,323.24**

| | | | |
|---|---|---|---|
| Total claims from Part 1 | 6a. Domestic support obligations | 6a. | $ _____ |
| | 6b. Taxes and certain other debts you owe the government | 6b. | $ _____ |
| | 6c. Claims for death or personal injury while you were intoxicated | 6c. | $ _____ |
| | 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. + | $ _____ |
| | 6e. Total. Add lines 6a through 6d. | 6e. | $ _____ |

| | | | |
|---|---|---|---|
| Total claims from Part 2 | 6f. Student loans | 6f. | $ _____ |
| | 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ _____ |
| | 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ _____ |
| | 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $ _____ |
| | 6j. Total. Add lines 6f through 6i. | 6j. | $ _____ |

Total claim _____

Fill in this information to identify your case:

Debtor 1     **Geddes**     **Sean Schubert**     **Gibbs**
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    **Middle**    District of   **Pennsylvania**
(State)

Case number
(if known)

☐ Check if this is an amended filing

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ **No.** Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** *See* the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| 2.1 | |
| Number   Street | |
| City    S a P   ZIP   e | |
| 2.2 | |
| Number   Street | |
| City     ZIP Code | |
| 23 | |
| Number   Street | |
| C ty    State   ZIP Code | |
| 24 | |
| Number   Street | |
| S tat e.   ZIP Code | |
| 2.5 | |
| Number   Street | |
| City    State   ZIP Code | |

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease | What the contract or lease is for |
|---|---|

**2.**

Number   Street

City       State   ZIP Code

---

Number   Street

City       ZIP Code

---

Number   Street

City       State   ZIP Code

**2**

Number   Street

City       ZIP Code

---

Number   Street

City       ZIP Code

---

Number   Street

City       State   ZIP Code

**2**

Name

Number   Street

City       ZIP Code

---

Number   Street

City       ZIP Code

Fill in this information to identify your case:

| Debtor 1 | Geddes | Sean Schubert | Gibbs |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) First Name | | Middle Name | Last Name |

United States Bankruptcy Court for the: **Middle** District of **Pennsylvania**
(State)

Case number
(if known) _____

☐ Check if this is an amended filing

## Official Form 106H

# Schedule H: Your Codebtors                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors ?**  (If you are filing a joint case, do not list either spouse as a codebtor)

☐ No

☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory'?** (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.

☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ☐ No

    ☐ Yes. In which community state or territory did you live? _____ Fill in the name and current address of that person.

    _____
    Name of your spouse, former spouse, or legal equivalent

    _____
    Number    Street

    _____
    City        State        ZIP Code

**3 In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.** Make sure you have listed the creditor on *Schedule D (Official Form 106D), Schedule EIF (Official Form 106EIF), or Schedule G (Official Form 106G). Use Schedule D Schedule EIF, or Schedule G* to fill out Column 2.

*Column 1 Your codebtor*                                    *Column 2 The Creditor to whom you owe the debt*

| 3.1 | |
|---|---|
| Name | ☐ Schedule D, line _____ |
| | ☐ Schedule E/F, line _____ |
| | ☐ Schedule _____ |

| 3.2 | |
|---|---|
| Name | ☐ Schedule D, line _____ |
| | ☐ Schedule E/F, line _____ |
| Number    Street | ☐ Schedule G, line _____ |

| 3.3 | |
|---|---|
| | ☐ Schedule _____ |
| | ☐ Schedule E/F, line _____ |
| Number    Street | ☐ Schedule G, line _____ |

## Additional Page to List More Codebtors

**Colum 1 Your codebtor**

**Colum 2 The creditor to whom you owe the debt**

Check all schedules Lhat apply

3

_____

_____
      Street

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

3

_____

_____
      Street

- ☐ Schedule _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

3

_____

_____
      Street

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

3

_____

_____
      Street

         State       ZIP Code

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

3

_____

_____
      Street

- ☐ Schedule _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

3

_____

_____
      Street

         State       ZIP Code

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

3

_____

_____
      Street

- ☐ Schedule _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

0

_____

_____
      Street

         IPr ,

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

Fill in this information to identify your case:

Debtor 1    **Geddes**      **Sean Schubert**      **Gibbs**
            First Name            Middle Name            Last Name

Debtor 2 _____
(Spouse, if filing) First Name      Middle Name      Last Name

United States Bankruptcy Court for the: **Middle**    District of **Pennsylvania**
                                         (State)

Case number _____
(if known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1 Fill in your employment information.

If have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| | **Geddes**   `   **Sean Schubert**   **Gibbs** | |
| Employment status | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | COUNSELOR | _____ |
| Employer's name | LIVE LIFE SERVICES, LLC | _____ |
| Employer's address | 804 SARAH ST.<br>Number Street | _____<br>Number Street |
| | STROUDSBURG    PA 18360<br>City          State ZIP Code | _____<br>City        State ZIP Code |
| How long employed there? | 2 YEARS | _____ |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2 | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.   **$4,000.00** | _____ |
| 3 | Estimate and list monthly overtime pay. | 3. + _____ | + $ _____ |
| 4 | Calculate gross income. Add line 2 + line 3. | 4. **$4,000.00** | **$0.00** |

$   **$4,000.00**
(Total Combined Income)

| Debtor 1 | Geddes | Sean Schubert | Gibbs | Case number |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

|  | For Debtor 1 | For Debtor 2 filing |
|---|---|---|
| Copy line 4 here .......... ............ ......... **44.** | **$4,000.00** | **$0.00** |

**5 List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 filing |
|---|---|---|---|
| Tax, Medicare, and Social Security deductions | 5a. | _____ | _____ |
| 5b. Mandatory contributions for retirement plans | 5b. | _____ | _____ |
| Voluntary contributions for retirement plans | 5c. | _____ | _____ |
| 5d. Required repayments of retirement fund loans | 5d. | _____ | _____ |
| Insurance | 5e. | _____ | _____ |
| 5f. Domestic support obligations | 5f. | _____ | _____ |
| 5g. Union dues | 5g | _____ | _____ |
| 5h. Other deductions. Specify: _____ | 5h+$ | _____ | + $ _____ |
| 6 Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.6. | | $ **$0.00** | $ **$0.00** |
| 7 Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | **$4,000.00** | $ **$0.00** |

**8 List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 filing |
|---|---|---|---|
| Net income from rental property and from operating a business, profession, or farm | | | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | _____ | _____ |
| 8b. Interest and dividends | 8b. | _____ | _____ |
| Family support payments that you, a non-filing spouse, or a dependent regularly receive | | | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | _____ | _____ |
| 8d. Unemployment compensation | 8d. | _____ | _____ |
| Social Security | 8e. | _____ | _____ |
| 8f. Other government assistance that you regularly receive | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | |
| Specify: _____ | 8f. | $ _____ | $ _____ |
| 8g. Pension or retirement income | 8g. | $ _____ | $ _____ |
| 8h. Other monthly income. Specify: _____ | 8h. + $ _____ | + $ _____ |
| 9 Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | **$0.00** | **$0.00** |
| 10 Calculate monthly income. Add line 7 + line 9. Add the entries in line 1 0 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | **$4,000.00** + **$0.00** = **$4,000.00** |

**11 State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____ **11.**+$ _____

**12 Add the amount in the last** column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the Summary of Your Assets *and Liabilities and* Certain Statistical Information, if it applies

**12.** | **$4,000.00**

Combined monthly income

**13 Do you expect an increase or decrease within the year after you file this form?**

☒ No.

☐ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1    **Geddes**    **Sean Schubert**    **Gibbs**
First Name     Middle Name     Last Name

Debtor 2
(Spouse, if filing) First Name     Middle Name     Last Name

United States Bankruptcy Court for the:   **Middle**    District of   **Pennsylvania**
(State)

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

**Official Form 106J**

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Describe Your Household

**1. Is this a joint case?**

☐ No. Go to line 2.
☐ Yes. Does Debtor 2 live in a separate household?

     ☐ No
     ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate *Household of* Debtor 2.

**2. Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No
☐ Yes. Fill out this information for each dependent

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☐ No
☐ Yes

## Part   Estimate    Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I- Your Income (Official Form 106I.)

                                                     Your expenses

**4.** The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4.   $_____

If not included in line 4-

4a. Real estate taxes    4a.   $ **1,200.00**

4b. Property, homeowner's, or renter's insurance    4b.   $_____

4c. Home maintenance, repair, and upkeep expenses    4c.   $ **400.00**

4d. Homeowner's association or condominium dues    4d.   $ **1,600.00**

**Your expenses**

| | | |
|---|---|---|
| 5. Additional mortgage payments for your residence, such as home equity loans | 5. | $ _____ |
| 6. **Utilities:** | | |
| 6a. Electricity, heat, natural gas | 6a. | $ **$250.00** |
| 6b. Water, sewer, garbage collection | 6b. | $ **$0.00** |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ **$350.00** |
| 6d. Other. Specify: _____ | 6d. | $ _____ |
| 7. **Food and housekeeping supplies** | 7. | $ **$400.00** |
| 8. **Childcare and children's education costs** | 8. | $ **$120.00** |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $ **$20.00** |
| 10. **Personal care products and services** | 10. | $ **$20.00** |
| 11. **Medical and dental expenses** | 11. | $ **$20.00** |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ **$20.00** |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ _____ |
| 14. **Charitable contributions and religious donations** | 14. | $ **$400.00** |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | $ **$98.00** |
| 15b. Health insurance | 15b. | $ _____ |
| 15c. Vehicle insurance | 15c. | $ **$150.00** |
| 15d. Other insurance. Specify:_____ | 15d. | $ _____ |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ _____ |
| 17. **Installment or lease payments:** | | |
| 17a. Car payments for Vehicle 1 | 17a. | $ _____ |
| 17b. Car payments for Vehicle 2 | 17b. | $ _____ |
| 17c. Other. Specify:_____ | 17c. | $ _____ |
| 17d. Other. Specify:_____ | 17d. | $ _____ |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule 1, Your Income* (Official Form 106I).** | 18. | $ _____ |
| 19. **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $ _____ |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I- Your Income.*** | | |
| 20a. Mortgages on other property | 20a. | $ _____ |
| 20b. Real estate taxes | 20b. | $ _____ |
| 20c. Property, homeowner's, or renter's insurance | 20c. | $ _____ |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $ _____ |
| 20e. Homeowner's association or condominium dues | 20e. | $ _____ |
| | | **$1,848.00** |

Case 5:24-bk-00457-MJC    Doc 1    Filed 02/27/24    Entered 02/27/24 14:42:37    Desc
Main Document     Page 47 of 72

**21. Other.** Specify: _____    21. +$ _____

**22. Calculate your monthly expenses.**

22a. Add lines 4 through 21.     22a.   $    **$1,848.00**

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2     22b.   $

22c. Add line 22a and 22b. The result is your monthly expenses.     22c.   $    **$1,848.00**

**23. Calculate your monthly net income.**

23a. Copy line 12 (your *combined monthly* income) from Schedule *I*.     23a.   $    **$4,000.00**

23b. Copy your monthly expenses from line 22c above.     23b. - $    **$1,848.00**

23c. Subtract your monthly expenses from your monthly income.
The result is your monthly net income.     23c.   $    **$2,152.00**

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

☐ Yes.

    Explain here:

Case 5:24-bk-00457-MJC    Doc 1    Filed 02/27/24    Entered 02/27/24 14:42:37    Desc
Main Document     Page 48 of 72

Fill in this information to identify your case:

Debtor 1    **Geddes**      **Sean Schubert**      **Gibbs**
             First Name          Middle Name         Last Name

Debtor 2
(Spouse, if filing) First Name          Middle Name         Last Name

United States Bankruptcy Court for the:    **Middle**    District of   **Pennsylvania**
                                                   (State)

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person_____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 1 1 9).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X *Geddes Sean Schubert Gibbs*          X _____
Signature of Debtor 1                              Signature of Debtor 2

Date   **2/26/24**                         Date   ~~**2/26/24**~~
    MM / DD / yyyy                                    MM / (A) / yyyy

| Debtor 1 | Geddes | Sean Schubert | Gibbs |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) First Name | | Middle Name | Last Name |

United States Bankruptcy Court for the: **Middle** District of **Pennsylvania**
(State)

Case number
(if known) _____

☐ **Check if this is an
amended filing**

## Official Form 107
# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case
number (if known). Answer every question.

**Part 1-**  **Give Details About Your Marital Status and Where You Lived Before**

What is your current marital status?

☒ Married
☐ Not married

2 During the last 3 years, have you lived anywhere other than where you live now'?

☒ No
☐ YES   List all of the places you lived in the last 3 years. Do not include     you live now.

| Debtor 1 | Dates Debtor 1
lived there | Debtor 2 | Dates Debtor 2
lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐          Debtor 1 |
| _____  _____
Number    Street | From _____
To _____ | _____
Number Street | From _____
To _____ |
| _____
City          ZIP Code | | _____
City          ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____  _____
Number    Street | From _____
To _____ | _____
Number Street | From _____
To _____ |
| _____
City      State ZIP Code | | _____
City      State  ZIP Code | |

Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory'? (Community property states
and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☒ No
☐ Yes. Make sure you fill out Schedule H- Your *Codebtors (Official* Form 108H).

**Part**  **Explain the sources of your income**

**4 Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.

If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☒ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply, | Gross income from<br>each source<br>(before deductions and<br>exclusions) | Sources of income<br>Describe below | Gross income from<br>each source<br>(before deductions and<br>exclusions) |
| **From January 1 of current year until<br>the date you filed for bankruptcy:** | ☐ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | $_____ | ☐ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | $_____ |
| **For last calendar**<br><br>(January 1 to December 31, _____) | ☐ Wages,<br><br>☐ Operating | $_____ | ☐ Wages,<br><br>☐ Operating | $_____ |
| **For the calendar year before that:**<br><br>(January 1 to December 31, _____)<br>　　　　　　　　　yyyy | ☐ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | $_____ | ☐ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | $_____ |

**5 Did you** _____ **any other** _____ **during this** ____ **the** _____ **calendar** ____

Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery

If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☒ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below | Gross income from<br>each source | Sources of income<br>De-, lue uduh | Gross income from<br>each source |
| **From January 1 of current year until<br>the date you filed for bankruptcy:** | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ |
| **For last calendar year:**<br><br>(January 1 to December 31, _____) | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ |
| **For the calendar year before that:**<br><br>(January 1 to December 31, _____)<br>　　　　　　　　　yyyy | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ |

| Part 3- | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

either Debtor 1's or Debtor 2's debts primarily consumer debts?

☒ No. Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 1 1 U.S.C. § 101 (8) as "incurred by an individual primarily for a personal, family, or household purpose."

     During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,225* or more?

     ☐ No. Go to line 7.

     ☐ Yes. List below each creditor to whom you paid a total of $6,225* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

     * Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.

☒ Yes. Debtor 1 or Debtor 2 or both have primarily consumer debts.

     During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

     ☐ No. Go to line 7.

     ☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates payment | Total paid | Amount still | this payment for |
|---|---|---|---|---|
| _____<br>Creditor's Name<br><br>_____<br>Number Street<br><br>_____<br><br>_____ | _____<br>_____<br>_____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other_____ |
| _____<br>Creditor's Name<br><br>_____<br>Number Street<br><br>_____<br><br>_____<br>City   State   ZIP Code | _____<br>_____<br>_____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other_____ |
| _____<br>Creditor's Name<br><br>_____<br>Number Street<br><br>_____<br><br>_____<br>City   State   ZIP Code | _____<br>_____<br>_____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other_____ |

Case 5:24-bk-00457-MJC    Doc 1    Filed 02/27/24    Entered 02/27/24 14:42:37    Desc
Main Document    Page 52 of 72

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders include* your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 1 1 U.S.C. § 1 01. Include payments for domestic support obligations, as child support and alimony.

   ☐ No
   ☐ Yes. List all payments to an insider.

   | | Dates of payment | Total Amount paid | Amount you still owe. | Reason for this payment |
   |---|---|---|---|---|
   | Insider's Name | _____ | $_____ | $_____ | _____ |
   | Number Street | | | | |
   | | | | | |
   | | | | | |
   | Insider's Name | | $_____ | $_____ | _____ |
   | Number Street | _____ | | | |
   | | | | | |
   | City   State   ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

   Include payments on debts guaranteed or cosigned by an insider.

   ☐ No
   ☐ Yes. List all payments that benefited an insider.

   | | Dates of payment | Total Amount paid | Amount you still owe. | Reason for this payment |
   |---|---|---|---|---|
   | Insiders Name | _____ | $_____ | $_____ | _____ |
   | Number Street | | | | |
   | | | | | |
   | City   State   ZIP Code | | | | |
   | Insider's Name | | $_____ | $_____ | _____ |
   | Number Street | | | | |
   | | | | | |
   | | _____ | | | |

Debtor 1  **Geddes**      **Sean Schubert**      **Gibbs**      Case number _____
           First Name        Middle Name           Last Name

---

**Part 4-** **Identify Legal Actions, Repossessions, and Foreclosures**

9 **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☒ Yes. Fill in the details.

|  | Nature of the case | Court or agency | Status ot the case |
|---|---|---|---|
| Case title  GEDDES GIBBS VS | Civil Rights | UNITED STATES BANKRUPTCY COUFRT | ☐ Pending |
| GODDARD | | | ☐ On appeal |
| | | | ☒ Concluded |

Street

| Case title _____ | _____ | ☐ Pending |
| _____ | _____ Street | ☐ On appeal |
| Case number _____ | _____ State  ZIP Code | ☐ Concluded |

1 0. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 1 1.
☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Creditor's Name | | _____ | $_____ |
| Number Street | Explain      happened | | |
| | ☐ Property   repossessed. | | |
| | ☐ Property was foreclosed. | | |
| City | ☐ Property was garnished. | | |
| | ☐ Property was ,attached seized or levied | | |
| | Describe the property | Date | Value of the properII |
| Creditor's Name | | _____ | $_____ |
| Number Street | Explain      happened | | |
| | ☐ Property   repossessed. | | |
| | ☐ Property was foreclosed. | | |
| City    State ZIP Code | ☐ Property was garnished. | | |
| | ☐ Property  attached,       levied. | | |

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, setoff any amounts from your or refuse to make a payment because you owed a debt?

☒ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action taken | Amount |
|---|---|---|---|
| _____ | | | |
| Creditor's Name | | | |
| | | _____ $._____ | |
| _____ | | | |
| Number Street | | | |
| _____ | | | |
| _____ | State ZIP Code | Last 4 digits of account number: XXXX-___ ___ ___ ___ | |
| City | | | |

☐ No

☐ Yes

**Part 5-    List Certain Gifts and Contributions**

13 Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

☒ No

☐ Yes. Fill in the details for each gift.

| Gifts with total or more than $00 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| Person to Whom You Gave the Gift | | | |
| _____ | | _____ | $_____ |
| _____ | | | |
| Number Street | | | |
| _____      State ZIP Code | | | |
| City | | | |
| Person's relationship to you _____ | | | |

| Gifts with a total value of more than $600 | Describe    gifts | you gave | Value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| Person to Whom You Gave the Gift | | | |
| _____ | | _____ | $_____ |
| _____ | | | |
| Number Street | | | |
| _____      State ZIP Code | | | |
| City | | | |
| Person's relationship to you _____ | | | |

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☒ No
☐ Yes  Fill the details for each gift or contribution.

| Gifts that total more than $600 | Describe | contributed | Date contributed | Value |
|---|---|---|---|---|
| Charity's Name | | | _____ | $_____ |
| | | | _____ | $_____ |
| Number Street | | | | |
| City    State    ZIP Code | | | | |

---

## Part 6- List Certain Losses

15 Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, gambling?

☐ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss Include the amount that insurance has paid.  List pending Insurance claims on line 33 of Schedule A/B Property. | Date of your loss. | Value of property |
|---|---|---|---|
| | | _____ | $_____ |

---

## Part 7: List Certain Payments   Transfers

16. Within 1    before you filed bankruptcy, did you         acting      behalf pay   transfer    property to     you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment transfer was made | of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number Street | | _____ | $_____ |
| | | _____ | $_____ |
| City    State    ZIP Code | | | |
| Email or website address | | | - - - - - - - - - |
| Person Who Made the Payment, If Not You | | | |

| Description and value of any property transferred | Date payment | Amount of payment |
|---|---|---|
| | | |

_____
Person Who Was Paid

_____
Number Street                                        _____   $_____

_____

_____
City                 State        ZIP Code

_____
Email or website address

_____
Person Who Made the Payment, if Not You

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☐ No
☐ Yes. Fill in the details.

| Description and value of any property transferred | Date payment transfer was | Amount of payment |
|---|---|---|
| | | |

_____
Person Who Was Paid

_____
Number Street                                        _____   $_____

_____

_____
City                 State ZIP Code

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer property to anyone other than property transferred in the ordinary course of your business financial**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☐ No
☐ Yes. Fill in the details.

| Description and value of property transferred | Describe property payments received or debts paid exchange | Date transfer |
|---|---|---|
| | | |

_____
Person Who Received Transfer

_____
Number Street

_____

_____
City                 State        ZIP Code

relationship                    _____

_____
Person Who Received Transfer

_____
Number Street                                                                     _____

_____

_____
City                 State        ZIP Code

_____
Person's relationship to you

Case 5:24-bk-00457-MJC    Doc 1    Filed 02/27/24    Entered 02/27/24 14:42:37    Desc
Main Document    Page 57 of 72

**19** Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you a beneficiary? (These are often called asset-protection devices.)

☒ No
☐ Yes. Fill in the details.

|  | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | _____ | _____ |
| _____ | | |

---

**Part 2-    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

**20.** Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☐ Yes. Fill in the details.

|  | Last 4 digits of account number | Type of account or instrument | Date account closed sold, or transferred | Last balance before closing |
|---|---|---|---|---|
| Name of Financial Institution | XXXX___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| Number Street<br><br>City   State   ZIP Code | | | | |
| ___ ___ ___ ___ | | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | | $_____ |
| Number Street<br><br>City   State   ZIP Code | | | | |

**21.** Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☐ No
☐ Yes. Fill in the details.

|  | Who else had access to it? | Describe the contents | Do you still have |
|---|---|---|---|
| | | | ☐ No<br>☐ Yes |
| Name of Financial Institution | Name | | |
| Number Street | Number Street | | |
| City   State   ZIP Code | City   State   ZIP Code | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☒ No
☐ Yes. Fill in the details.

| | Who else has or had to it'? | Describe the contents | Do you still have it ? |
|---|---|---|---|
| | | | ☐ No |
| | | | ☐ Yes |
| Name of Storage Facility | Name | | |
| Number Street | Number Street | | |
| | CityState ZIP Code | | |

| | **Identify Property You Hold or Control for Someone Else** |
|---|---|

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No
☐ Yes. Fill in the details.

| | Where property? | Describe the property | Value |
|---|---|---|---|
| | | | $_____ |
| Owner's Name | | | |
| Number Street | Number Street | | |
| City   State   ZIP Code | City   State   ZIP Code | | |

| Part 10: | Give Details About Environmental Information |
|---|---|

For the purpose of Part 10, the following definitions apply:

Environmental law means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

Site means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

Hazardous material means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☐ No
☐ Yes. Fill in the details.

| | Governmental | Environmental Law if you know it. | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number Street | Number Street | | |
| City   State   ZIP Code | City      State ZIP Code | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Fill in the details.

| | Governmental | Environmental | If you know it | Date |
|---|---|---|---|---|

Name of site      Governmental unit

Number Street      Number Street

     City      State ZIP Code

City      State    ZIP Code

**26.**     you     party any judicial    administrative proceeding    any environmental     Include settlements and

☒ No
☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the |
|---|---|---|---|

Case title _____      Court Name         ☐ Pending

                                   Number Street          ☐    appeal

Case number      City      State ZIP Code      ☐ Concluded

| | **Give Details About Your Business or Connections to Any Business** |
|---|---|

**Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☐ Yes. Check all that apply above and fill in the details below for each business

| | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN |
|---|---|---|

Business Name

Number Street                               EIN: __ __ – __ __ __ __ __ __ __

Name of accountant or bookkeeper           existed

                                            _____ To _____

Describe the nature of the business      Employer Identification number Include Social Security number or ITIN

Business Name

Number Street                               EIN- __ __ – __ __ __ __ __ __ __

Name         bookkeeper          Dates

                                            From _____ To _____

City      State    ZIP Code

| Business Name | Describe the nature of the business | Employer Identification<br>Do not include Social Security number or ITIN |
|---|---|---|
| Number Street | Name of accountant or bookkeeper | EIN: ___ ___ ─ ___ ___ ___ ___ ___ _____ |
| | | existed |
| City    State    ZIP Code | | _____ To _____ |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☐ No
☐ Yes. Fill in the details below.

Date issued

Name                          MM I DD I YYYY

Number Street

City        State    ZIP Code

---

**Part 12:    Sign Below**

I have read the answers on this Statement of Financial Affairs and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

*Geddes Sean Schubert Gibbs*                     _____
Signature of Debtor 1                            Signature of Debtor 2

Date 2/26/24                                      Date _____

Did you attach additional pages to Your Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107)?

☐ No
☒ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☒ No
☐ Yes. Name of person_____ Attach the *Bankruptcy Petition* Preparer's Notice,
                                                                 *Declaration, and* Signature (Official Form I 1 9).

Fill in this information to identify your case:

Debtor 1    Geddes        Sean Schubert        Gibbs
            First Name    Middle Name          Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    Middle    District of    Pennsylvania
                                                                    (State)

Case number
(if known)

Check as directed in lines 17 an 21:

According to the calculations required by this Statement:

☒ 1. Disposable income is not determined under 1 1 U.S.C. § 1325(b)(3).

☐ 2. Disposable income is determined under 1 1 U.S.C. § l 325(b)(3).

☒ 3. The commitment period is 3 years.

☐ 4. The commitment period is 5 year

☐ Check if this is an amended filing

## Official Form 122C-1

# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

### Part 1:    Calculate Your Average Monthly Income

1. What is your marital and filing status? Check one only.

☐ Not married. Fill out Column A, lines 2-1 1.

☒ Married. Fill out both Columns A and B, lines 2-1 1.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 1 1 U.S.C. § 1 01 l For exa mple, if you are filing on September 15, the 6-month period would be March l through August 31. If the amouird of your monthly inco me varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. Your gross wages, salary, tips, bonuses, overtime, and commissions (before all payroll deductions). | $ | $ |
| 3. Alimony and maintenance payments. Do not include payments from a spouse. | $ | $ |
| 4. All amounts from any source which are regularly paid for househ □ld expenses of you or your dependents, including child support. Include regular contributions from an unmarried partner, members □f y□ur household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $ | $ |

| 6. Net income from operating a business, profession, or farm | Debtor l | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 2500 | $ | | |
| Ordinary and necessary operating expenses | - $ | - $ | | |
| Net monthly income from a business, profession, or farm | $ 2500 | $ | Copy here-> $ 2500 | $450 |

| 6. Net income from rental and other real property | Debtor l | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | $ | | |
| Ordinary and necessary operating expenses | - $ | - $ | | |
| Net monthly income from rental or other real property | $ | $ | Copy here-> $ | $ |

| | Column A Debtor I | Column B Debtor 2 or non-filing spouse |
|---|---|---|

7. Interest, dividends, and royalties

$_____   $_____

8. Unemployment compensation

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: . . . .  ⁺10

For you _ _ _ _ _ _ _ _ _ _ _ _ _ _ _   $_____

For your spouse . . . _ _ _ _ _ _ _ _ _   $_____

9. Pension or retirement income. Do not include any amount received that was a benefit under the Social Security Act.

$_____   $_____

10. Income from all other sources not listed above. Specify the source and amount.

Do in t include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism, If necessary, list other sources on a separate page and put the total below.

_____   $_____   $_____

_____   $_____   $_____

Total amounts from separate pages, if any.   - $_____   + $_____

11. Calculate your total average monthly income. Add lines 2 through 1 0 for each column. Then add the total for Column A to the total for Column B.

- $_____   +   $_____   | $ 0 |
|---|
| Total average monthly income |

---

**Part 2:  Determine How to Measure Your Deductions from Income**

12. **Copy your total average monthly** income from line 11. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $ 2500 _____

13. Calculate the marital adjustment. Check one:

☐ You are not married. Fill in 0 below.

☐ You are married and your spouse is filing with you. Fill in 0 below.

☒ You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 1 1, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse s support of someone other than you or your dependents.

Below specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 below.

_____   $_____

_____   $_____

_____   + $_____

Total _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _   $_____   Copy here +   _____

14. **Your current monthly income.** Subtract the total in line 13 from line 12.   2500 _____

15. **Calculate your current monthly income for the year.** Follow these steps:

15a. Copy line 14 here -> . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $ 2500 _____

Multiply line 15a by 12 (the number of months in a year).   x 12

15b. The result is your current monthly income for the year for this part of the form   30000   | $ 30000 |
|---|

16. Calculate the median family income that applies to you. Fo llow these steps:

16a. Fill in the state in which you live. ____________

16b. Fill in the number of people in your household. 3

16c, Fill in the median family income for your state and size of household. $2800

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

17. How do the lines compare?

17a. ☐ Line 15b is less than or equal to line 16c. On the top of page 1 of this form. check box 1, Disposable income is not determined under 11 U.S.C. § 1325(b)(3). Go to Part 3. Do NOT fill out Calculation of Your Disposable Inco me (Official Form 122C-2)-

17b. ☒ Line 15b ;s more than line 16c. On the top of page I of this form, check box 2. *Disposabile income is determined under* I I U.S.C. § 1325(b)(3). Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C-2). On line 39 of that form, copy your current monthly from line 14 above.

## Part 3- Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4)

18. Copy your total average monthly income from line 11. $2500

19. Deduct the marital adj□stment if it applies. If y□u are married, your sp□use is not Ming with y□u and you c□ntend that calculating the commitment period under I 1 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13.

19a. If the marital adjustment does not apply, fill in 0 on line 19a. – $________

19b. Subtract line 19a from line 18. $2500

20. Calculate your current monthly income for the year. Follow these steps:

20a. Copy line 19b $2500

Multiply by 12 (the number of months in a year). x 12

20b. The result is your current monthly income for the year for this part of the form $30000

20C. Copy the median family income for your state and size of household from line 16c $ 30000

21. How do the lines compare?

☒ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page I of this form, check b□x 3, The commitment penod is 3 years. Go to Part 4.

☐ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page I of this form, check b□x 4, The commitment pert□d is 5 years. Go to Part 4.

## Part 4: Sign Below

By signing here, under penalty of perjury I declare that the information in this statement and in any attachments is true and correct.

X Geddes Sean Schubert Gibbs X ____________
Signature of Debtor I Signature of Debtor 2

DATE: 2/26/2024 Date 3/23/2023
MM/DD /YYYY MM / DD I YYYY

If you checked 17a, do NOT fill out or file Form 122C-2.
If you checked 17b, fill out Form 122C-2 and file it with this form. On line 39 of that form, copy your current m□nthly i ncome from line 14 □bove.

Fill in this information to identify your case:

Debtor 1    __Geddes__      __Sean Schubert__      __Gibbs__
            First Name           Middle Name         Last Name

Debtor 2
(Spouse, if filing) First Name      Middle Name         Last Name

United States Bankruptcy Court for the:    __Middle__    District of __Pennsylvania__
                                                          (State)

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 122C-2

# Chapter 13 Calculation of Your Disposable Income

04119

To fill out this form, you will need your completed copy of Chapter 13 Statement *of* Your Current Monthly Income and Calculation *of* Commitment Period (Official Form 122C-1).

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

### Part 1,    Calculate Your Deductions from Your Income

The Internal Revenue Service (IRS) issues, National and Local Standards for certain expense amounts. Use these amounts to answer the questions In lines 6-15. To find the IRS standards, go online using the link specified in the separate Instructions for this form. This information may also be available at the bankruptcy clerk's office.

Deduct the expense amounts set. Lit in lines 6-15 regardless of your actual expense. In other parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not Include any operating expenses that you subtracted from income in lines 5 and 6 of Form 122C-1, and do not deduct any amounts that you subtracted from your spouse's income in line 13 of Form 122C-1.

If your expenses differ from month to month, enter the average expense.

Note: Line numbers 1-4 are not used in this form. These numbers apply to information required by a similar form used in chapter 7 cases-

5. The number of people used in determining your deductions from income
   Fill in the number of people who could be claimed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. This number may be different from the number of people in your household.

**National Standards**      You must use the IRS National Standards to answer the questions in lines 6-7.

B. **Food, clothing, and other items:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for food, clothing, and other items.        $400

7. **Out-of-pocket healthcare allowance:** Using the number of *people you* entered in line 5 and the IRS National Standards, fill in the dollar amount for out-of-pocket health care. The number of people is split into two *categories-people who* are under 65 and people who are 65 or *older-because older* people have a higher IRS allowance for health care costs. If your actual expenses are higher than this IRS amount, you may deduct the additional amount on line 22.

Case 5:24-bk-00457-MJC    Doc 1    Filed 02/27/24    Entered 02/27/24 14:42:37    Desc
Main Document     Page 65 of 72

**People who are under 66 years of age**

7a. Out-of-pocket health care allowance per person $ 75 _____

7b. Number of people who are under 65    X 4 _____

7c. Subtotal. Multiply line 7a by line 7b.    $ 300 _____    copy here-> $ _____

**People who are 65 years of age or older**

7d. Out-of-pocket health care allowance per person $ _____

7e. Number of people who are 65 or older    X _____

7f. Subtotal, Multiply line 7d by line 7e.    $ _____ Copy hem-*   + $ _____

7g. Total. Add lines 7c and 7f. ..................... $ 300 _____ Copy here+   $ 300 _____

**Local Standards**     You must use the IRS Local Standards to answer the questions in lines 8-15.

Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:
• Housing and utilities - Insurance and operating expenses
• Housing and utilities - Mortgage or rent expenses

To answer the questions in lines 8-9, use the U.S. Trustee Program chart. To find the chart, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

8. Housing and utilities - Insurance and operating expenses: Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses.     $ 400 _____

9. **Housing and utilities - Mortgage or rent expenses:**

    9a. Using the number of people you entered in line 5, fill in the dollar amount listed for your county for mortgage or rent expenses.     $ 1600 _____

    9b. Total average monthly payment for all mortgages and other debts secured by your home.

      To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Next divide by 60.

| Name of the creditor | Average monthly payment |
|---|---|
| N/A (I DO NOT HAVE A MORTGAGE) | $ 0 |
| _____ | $ _____ |
| _____ | + $ _____ |

      9b. Total average monthly payment    $ 0 _____ Copy here+ - $ 0 _____ Repeat this amount on line 33a.

    9c. Net mortgage or rent expense.

      Subtract line 9b (total average monthly payment) from line 9a (mortgage or rent expense). If this number is less than $0, enter $0.    $ 0 _____ ~ Copy here+    $ 0 _____

10. If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim.     $ _____

    Explain why: _____

             _____

**ii. Local transportation expenses:** Check the number of vehicles for which you claim an ownership or operating expense.

- [x] 0. Goto line 14.
- [ ] 1 - Go to line 12.
- [ ] 2 or more. Go to line 12.

12. **Vehicle operation expense:** Using the IRS Local Standard  and the number  of vehicles for which you claim the operating expenses, fill in the Operating Costs that apply for your Census region or metropolitan statistical area.     $200

13. **Vehicle ownership** or lease expense: Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below. You may not claim the expense if you do not make any loan or lease payments on the vehicle. In addition, you may not claim the expense for more than two vehicles.

**Vehicle 1**     Describe Vehicle 1, _____

13a. Ownership or leasing costs using IRS Local Standard _ _ _ _ _ _ _ _ _ _ _ _ _ $_____

13b. Average monthly payment for all debts secured by Vehicle 1.

Do not include costs for leased vehicles.

To calculate the average monthly payment here and on line 13e. add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

| Name of each creditor for Vehicle 1 | Average monthly payment |
|---|---|
| _____ | $_____ |
| _____ | + $_____ |
| Total average monthly payment | $_____ |

Copy here4    – $_____     Repeat this amount on line 33b.

13c. Net Vehicle 1 ownership or lease expense
Subtract line 13b from line 13a. If this number is less than $0, enter $0. _ _ _ _ $_____    Copy net Vehicle 1 expense here+    $_____

**Vehicle 2**     Describe **Vehicle 2** _____

13d. Ownership or leasing costs using IRS Local Standard _ _ _ _ _ _ _ _ _ _ _ $_____

13e. Average monthly payment for all debts secured by Vehicle 2.
Do not include costs for leased vehicles.

| Name of each creditor for Vehicle 2 | Average monthly payment |
|---|---|
| _____ | $_____ |
| _____ | + $_____ |
| This average monthly payment | $_____ |

Copy hem+    – $_____     Repeat this amount on line 33c.

13f. Net Vehicle 2 ownership or lease expense
Subtract line 13e from line 13d. If this number is less than $0, enter $0. _ _ _ _ _ _ $_____    Copy net Vehicle 2 expense here +    $_____

14. **Public transportation expense:** If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the Public Transportation expense allowance regardless of whether you use public transportation,    $_____

15. **Additional public transportation** expense: If you claimed 1 or more vehicles in line 11 and if you claim that you may also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may not claim more than the IRS Local Standard for Public Transportation.    $_____

Case 5:24-bk-00457-MJC    Doc 1    Filed 02/27/24    Entered 02/27/24 14:42:37    Desc
Main Document     Page 67 of 72

**Other Necessary Expenses**    In addition to the expense deductions listed above, you are allowed your monthly expenses for the following IRS categories.

16. Taxes: The total monthly amount that you actually pay for federal, state and local taxes, such as income taxes, self-employment taxes, social security taxes, and Medicare taxes. You may include the monthly amount withheld from your pay for these taxes. However, if you expect to receive a tax refund, you must divide the expected refund by 12 and subtract that number from the total monthly amount that is withheld to pay for taxes.
Do not include real estate, sales, or use taxes.    $ _____

17. Involuntary deductions: The total monthly payroll deductions that your job requires, such as retirement contributions, union dues, and uniform costs.
Do not include amounts that are not required by your job, such as voluntary 401 (k) Contributions or payroll savings.    $ _____

18~ Life insurance: The total monthly premiums that you pay for your own term life insurance. If two married people are filing together, include payments that you make for your spouse's term life insurance.
Do not include premiums for life insurance on your dependents, for a non-filing spouse's life insurance, or for any form of life insurance other than term.    $ 400 _____

19. **Court~rdered payments**: The total monthly amount that you pay as required by the order of a court or administrative agency, such as spousal or child support payments.
Do not include payments on past due obligations for spousal or child support. You will list these obligations in line 35.    $ _____

20. Education; The total monthly amount that you pay for education that is either required:
   • as a condition for your job, or
   • for your physically or mentally challenged dependent child if no public education is available for similar services.    $ _____

21. Childcare: The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool.
Do not include payments for any elementary or secondary school education.    $ _____

22. Additional health care expenses, excluding insurance costs; The monthly amount that you pay for health care that is required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a health savings account. Include only the amount that is more than the total entered in line 7.
Payments for health insurance or health savings accounts should be listed only in line 25.    $ _____

23. Optional telephones and telephone services: The total monthly amount that you pay for telecommunication services for you and your dependents, such as pagers, call waiting, caller identification, special long distance, or business cell phone service, to the extent necessary for your health and welfare or that of your dependents or for the production of income, if it is not reimbursed by your employer.
Do not include payments for basic home telephone, internet or cell phone service. Do not include self-employment expenses, such as those reported on line 5 of Form 122C-1, or any amount you previously deducted.    + $ _____

24. **Add all of the expenses allowed under the IRS expense allowances.**
Add lines 6 through 23.    $ _____

**Additional Expense Deductions**    These are additional deductions allowed by the Means Test.
Note Do not include any expense allowances listed in lines 6-24.

25. **Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your spouse, or your dependents.

Health insurance          $ 125.00 _____

Disability insurance       $ _____

Health savings account   + $ 300 _____

Total                      $ _____   Copy total here+    $ 425.00 _____

Do you actually spend this total amount?
☒ No  How much do you actually spend?  $ 200.00 _____
☐ Yes

26. **Continuing contributions to the care of household or family members.** The actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. These expenses may include contributions to an account of a qualified ABLE program. 26 U.S.C. § 529A(b).    $ _____

27. **Protection against family violence.** The reasonably *necessary monthly* expenses that you incur to maintain the safety of you and your family under the Family *Violence Prevention* and Services Act or other federal laws that apply.
By law, the court must keep the nature of these expenses confidential.    $ _____

28. **Additional home energy costs.** Your home energy costs are included in your insurance and operating expenses on line 8. If you believe that you have home energy costs that are more than the home energy costs included in expenses on line 8, then fill in the excess amount of home energy costs. You must give your case trustee documentation of your actual expenses, and you must show that the additional amount claimed is reasonable and necessary. $ 100

29. **Education expenses for dependent children who are younger than 18.** The monthly expenses (not more than $170.83* per child) that you pay for your dependent children who are younger than 18 years old to attend a private or public elementary or secondary school. You must give your case trustee documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in lines 6-23.
   * Subject to adjustment on 4101/22, and every 3 years after that for cases begun on or after the date of adjustment. $ 400

30. **Additional Food and clothing expense.** The monthly amount by which your actual food and clothing expenses are higher than the combined food and clothing allowances in the IRS National Standards. That amount cannot be more than 5% of the food and clothing allowances in the IRS National Standards. To find a chart showing the maximum additional allowance, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office. You must show that the additional amount claimed is reasonable and necessary. $ 600

31. **Continuing charitable contributions.** The amount that you will continue to contribute in the form of cash or financial instruments to a religious or charitable organization 11 U.S.C. § 548(d)(3) and (4). Do not include any amount more than 15% of your gross monthly income. + $ 400

32. **Add all of the additional expense deductions** Add lines 25 through 31. $ 1500.00

**Deductions for Debt Payment**

33, For debts that are secured by an interest in property that you own, including home mortgages, vehicle loans, and other secured debt, fill in lines 33a through 33e.

To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

Average monthly payment

Mortgages on your home

33a. Copy line 9b here. . . . . . . . . . . . . . . . $_____

Loans on your first two vehicles

33b. Copy line 13b here. . . . . . . . . . . . . . . . $_____

33c. Copy line 13e here. . . . . . . . . . . . . . . . $_____

33d. List other secured debts:

| Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? | |
|---|---|---|---|
| _____ | _____ | ☐ No ☐ Yes | $_____ |
| _____ | _____ | ☐ No ☐ Yes | $_____ |
| _____ | _____ | ☐ No ☐ Yes | + $_____ |

33a. Total average monthly payment. Add lines 33a through 33d. . . . . . . . . . . $_____    Copy total ~ here+    $_____

. . .

Case 5:24-bk-00457-MJC    Doc 1    Filed 02/27/24    Entered 02/27/24 14:42:37    Desc
Main Document    Page 69 of 72

**34. Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?**

☒ No. Go to line 35.

___ Yes. State any amount that you must pay to a creditor, in addition to the payments listed in line 33, to keep possession of your property (called the cure amount). Next, divide by 60 and fill in the information below.

| Name of the creditor | Identify property that secures the debt | Total cure amount | Monthly cure amount |
|---|---|---|---|
| _____ | _____ | $_____ ÷ 60 = | $_____ |
| _____ | _____ | $_____ ÷ 60 = | $_____ |
| _____ | _____ | $_____ ÷ 60 = + $_____ |  |

Total  $_____   Copy total here+   $_____

**35. Do you owe any priority claims—such as a priority tax child support, or alimony— that are past due as of the filing date of your bankruptcy case?** 11 U.S.C. § 507.

☒ No. Go to line 36.

☐ Yes. Fill in the total amount of all of these priority claims. Do not include current or ongoing priority claims, such as those you listed in line 19.

Total amount of all past-due priority claims. - - - - - - - - - - - - - - - - $_____ ÷ 60    $_____

**36. Projected monthly Chapter 13 plan payment**    $ 700.00

Current multiplier for your district as stated on the list issued by the Administrative Office of the United States Courts (for districts in Alabama and North Carolina) or by the Executive Office for United States Trustees (for all other districts).

To find a list of district multipliers that includes your district, go online using the link specified in the separate instructions for this form, This list may also be available at the bankruptcy clerk's office.    X  _____

Average monthly administrative expense    $_____   Copy total here+    $ 700.00

**37. Add all of the deductions for** debt payment. Add lines 33e through 36.    $_____

**Total Deductions from Income**

**38. Add all of the allowed deductions.**

Copy line 24, All *of* the expenses allowed under IRS expense allowances - - - - - - - $_____

Copy line 32. All *of* the additional trial expense *deductions* - - - - - - - - - $_____

Copy line 37, All of*the deductions* for debt *payment*  - - - - - - - - - - + $_____

Total deductions    $_____   Copy total here +    $ 0

**Part 2,**      Determine Your Disposable Income Under 11 U.S.C. § 1325(b)(2)

39. Copy Your total current monthly income from line 14 of Form 122C-1, Cha pter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period.      $ 2950

40. Fill in any reasonably necessary income you receive for support for dependent children. The monthly average   of any child support payments, foster Care payments, or disability payments for a dependent child, repo ned in Part I of Form 122C-1, that you received in accordance with applicable nonbankruptcy law to the extent reasonably necessary to be expended for such child.      $_____

41. Fill in all qualified retirement deductions. The monthly total of all amounts that your employer withheld from wages as contributions for qualified retirement plans, as specified in 1 1 U.S.C. § 541 (b)(7) plus all required repayments of loans from retirement plans, as specified in 1 1 U.S.C. § 362(b)(1 9).      $_____

42. Total of all deductions allowed under 11 U.S.C. § 707(b)(2)(A). Copy line 38 here    4  $_____

43. Deduction for special circumstances. If spec☐l circumstances justify additional expenses and you have no reasonable alternative, describe the special circumstances and their expenses. You must give your case trustee a detailed explanation of the special circumstances and documentation for the expenses.

| Describe the special circumstances | Amount of expense |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | + $_____ |
| Total | $_____    Copy here     + $_____ |

44. Tot al adjustments. Add lines 40 through 43      $_____   Copy item 4  $_____

45. Calculate your monthly disposable income under § 1325(b)(2). Subtract line 44 from line 39.      $_____

**Part 3-**      Change in Income or Expenses

46. Change in income or expenses. If the inc ome in Form 122C-1 or the expenses you reported in this form have changed or are virtually certain to change after the date you filed your bankruptcy petition and during the time your case will be open fill in the information below. For example, if the wages reported increased after you filed your petition, check 1226-1 in the first column, enter line 2 in the second column, explain why the wages increased, fill in when the increase occurred, and fill in the amount of the increase.

| Form | Lim | Reason for change | Date of change | Increase or decrease? | Amount of change |
|---|---|---|---|---|---|
| ☐ 122C-1 ☐ 122C-2 | ___ | _____ | _____ | ☐ Increase ☐ Decrease | $_____ |
| ☐ 122C-1 ☐ 122C-2 | ___ | _____ | _____ | ☐ Increase ☐ Decrease | $_____ |
| ☐ 122C-1 ☐ 122C-2 | ___ | _____ | _____ | ☐ Increase ☐ Decrease | $_____ |
| ☐ 122C-1 ☐ 122C-2 | ___ | _____ | _____ | ☐ Increase ☐ Decrease | $_____ |

Case 5:24-bk-00457-MJC   Doc 1   Filed 02/27/24   Entered 02/27/24 14:42:37   Desc
Main Document    Page 71 of 72

| Part 4: | Sign Below |
|---------|------------|

By signing here, under penalty of perjury you declare that the information on this statement and in any attachments is true and correct.

X _Geddes Sean Schubert Gibbs_       X _____
Signature of Debtor 1            Signature of Debtor 2

Date   _2/26/2024_         Date _____
      MM / DID   yyyy           MM/ DD ;YYYY