# Notice Recipients

District/Off: 0314–5	User: AutoDocketer	Date Created: 11/4/2024
Case: 5:24–bk–00457–MJC	Form ID: pdf010	Total: 1

**Recipients of Notice of Electronic Filing:**
aty	J. Zac Christman	zac@jzacchristman.com

TOTAL: 1