# Notice Recipients

District/Off: 0314–5  User: AutoDocketer  Date Created: 11/5/2024
Case: 5:24–bk–00457–MJC  Form ID: pdf010  Total: 2

**Recipients of Notice of Electronic Filing:**
aty     J. Zac Christman     zac@jzacchristman.com

                              TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
     Natalie Gibbs     59 Coach Road     Stroudsburg, PA 18360

                              TOTAL: 1